IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK WILLIAMS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MARILYN BROOKS, et al., | : | NO. 07-3191 |
| Respondents. | : | |

**ORDER**

**AND NOW,** this   25th   day of July, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, Respondents' answer thereto, Petitioner's response to the answer, and Respondents' sur-reply, and after review of the Report and Recommendation of United Sates Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Objections are overruled;

3. The petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/   Edmund V. Ludwig
EDMUND V. LUDWIG, J.